UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REENA SHEELA CUNNINGHAM,

                Plaintiff,

   -against-

SEAN MCCLUSKEY, et al.,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 CV 6870 (GEL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19/08

GERARD E. LYNCH, District Judge:

      The parties having jointly submitted a letter to the Court requesting extensions for completing discovery and convening for a post-discovery conference, it is hereby ORDERED that:

      1. Discovery shall be completed by August 14, 2008;

      2. The parties shall appear before the Court for a post-discovery conference on Friday, August 15, 2008, at 11:00 a.m.

      Requests for further extensions will be disfavored.

SO ORDERED.

Dated: New York, New York
       June 18, 2008

                                              _____
                                                 GERARD E. LYNCH
                                             United States District Judge