UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

REENA SHEELA CUNNINGHAM,

               Plaintiff,

  -against-

SEAN McCLUSKEY, et al.,

              Defendants.

------------------------------------x



07 Civ. 6870 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    For the reasons stated in open court on August 15, 2008, it is hereby ORDERED:

1.    The deadline for discovery is extended to October 17, 2008.

2.    A status conference will take place on October 17, 2008, at 10:00 a.m.

SO ORDERED.

Dated: New York, New York
       August 18, 2008

                                                  _____
                                                         GERARD E. LYNCH
                                                       United States District Judge