UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

REENA SHEELA CUNNINGHAM,

                Plaintiff,

    -against-

SEAN McCLUSKEY, et al.,

                Defendants.

------------------------------------x

07 Civ. 6870 (GEL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

GERARD E. LYNCH, District Judge:

    On August 5, 2008, the Court received the attached letter from Gary S. Fish, Esq., counsel for the plaintiff, moving for leave to withdraw as counsel. The Clerk of the Court is respectfully directed to docket that letter.

    However, at a conference before the Court on August 15, 2008, upon further consultation with his client, Mr. Fish withdrew that motion on the record in open court, and plaintiff confirmed her desire for Mr. Fish to continue to represent her.

    Accordingly, it is hereby ORDERED that the motion by Mr. Fish for leave to withdraw as counsel has been withdrawn.

SO ORDERED.

Dated: New York, New York
       August 15, 2008

                                          _____
                                          GERARD E. LYNCH
                                          United States District Judge