UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BRIAN FELLNER,

              Plaintiff,        **ECF CASE**

  v.

                                                                   08 Civ. 00013 (WCC)

UNITED STATES OF AMERICA,

              Defendants.        NOTICE OF APPEARANCE
------------------------------------------------------------x

TO:    Clerk of Court
          United States District Court
          Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         August 28, 2008

                                                  Respectfully submitted,

                                                  MICHAEL J. GARCIA
                                                  United States Attorney for the
                                                  Southern District of New York

                                 By:    /s/ David Bober
                                                  DAVID BOBER
                                                  Assistant United States Attorney
                                                  86 Chambers Street, 3rd Floor
                                                  New York, New York 10007
                                                  Telephone: (212) 637-2718
                                                  Facsimile: (212) 637-2786
                                                  Email: david.bober@usdoj.gov

To:    Jeffrey T. Heller and Melissa Corwin
          Somer & Heller, LLP
          2171 Jericho Turnpike, Ste. 350
          Commack, New York 11725