UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
REENA SHEELA CUNNINGHAM,                                     :
                                                             :
                        Plaintiff,                           :        **ECF CASE**
                                                             :
            v.                                               :
                                                             :        07 Civ. 06870 (GEL)
SEAN MCCLUSKEY, THOMAS BALLARD,                              :
MARY HALPRIN, DUSM MANNY PURI,                               :
NICHOLAS RICIGLIANO, & JERRY                                 :        NOTICE OF APPEARANCE
SANSEVERINO,                                                 :
                                                             :
                        Defendants.                          :
-------------------------------------------------------------x

TO:    Clerk of Court
       United States District Court
       Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case

and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
       September 12, 2008

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney for the
                                        Southern District of New York

                                 By:    /s/ David Bober
                                        DAVID BOBER
                                        Assistant United States Attorney
                                        86 Chambers Street, 3rd Floor
                                        New York, New York 10007
                                        Telephone: (212) 637-2718
                                        Facsimile: (212) 637-2786
                                        Email: david.bober@usdoj.gov

To:    Gary Stuart Fish, Esq.
       15 Maiden Lane, Suite 1108
       New York, New York 10038