UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
REENA SHEELA CUNNINGHAM,

        Plaintiff,                     **ECF CASE**

    v.

                                           07 Civ. 06870 (GEL)

SEAN MCCLUSKEY, THOMAS BALLARD,
MARY HALPRIN, DUSM MANNY PURI,
NICHOLAS RICIGLIANO, & JERRY            NOTICE OF APPEARANCE
SANSEVERINO,

        Defendants.
------------------------------------------------------------x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
          September 12, 2008

                                             Respectfully submitted,

                                             MICHAEL J. GARCIA
                                             United States Attorney for the
                                             Southern District of New York

                              By:    /s/ David Bober
                                    DAVID BOBER
                                    Assistant United States Attorney
                                    86 Chambers Street, 3rd Floor
                                    New York, New York 10007
                                    Telephone: (212) 637-2718
                                    Facsimile: (212) 637-2786
                                    Email: david.bober@usdoj.gov

To:    Gary Stuart Fish, Esq.
         15 Maiden Lane, Suite 1108
         New York, New York 10038